IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ELVIN ALEXANDER MEJIA PASCUAL,

Petitioner,

v.

Civil Action No. 2:26-cv-693

JEFFREY CRAWFORD, et al.

Respondents.

**FINAL ORDER**

Elvin Alexander Mejia Pascual ("Petitioner"), a detainee of the United States Immigration and Customs Enforcement ("ICE"), filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241, alleging that he has been unlawfully detained at the Farmville Detention Center because has been refused a bond hearing as required by 8 U.S.C. § 1226. Dkt. No. 1.

On July 20, 2026, the Court ordered the Respondent to file a response to the allegations in the Petition. Dkt. No. 5. The Respondent filed a Motion to Dismiss indicating that an Immigration Judge ordered Petitioner to be removed from the United States on June 4, 2026, and that Petitioner did not appeal this determination to the Board of Immigration Appeals. Dkt. No. 8-1 ¶¶ 14–15. The Petitioner was then removed to Honduras on July 15, 2026. Dkt. No. 8-1 ¶ 16.

Accordingly, the Court cannot grant the Petitioner the relief he requested in his Petition, and therefore the Petition, Dkt. No. 1, must be DISMISSED as MOOT.

The Clerk is DIRECTED to forward a copy of this Final Order to Petitioner's last known address and to counsel of record for Respondents.

It is SO ORDERED.

/s/
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: July 27, 2026